UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| ANNA STEWART-GOWER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR BANK, FSB dba DOLLAR BANK,<br><br>Defendant. | Case No.: 2:23-cv-01925-CB<br><br>Judge Cathy Bissoon |

**PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anna Stewart-Gower, hereby give notice that her claims in this action against Defendant Dollar Bank, FST d/b/a Dollar Bank is voluntarily dismissed without prejudice.

Date: January 5, 2024

Respectfully submitted,

By: */s/Raina C. Borrelli*

**TURKE & STRAUSS LLP**
Samuel J. Strauss
Raina Borrelli (*pro hac vice*)
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

Larry Bendesky (LEB5134)
Patrick Howard (PA ID #88572)
**SALTZ, MONGELUZZI, & BENDESKY, P.C**.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103

        Telephone: (215) 496-8282
        Facsimile: (215) 496-0999
        lbendesky@smbb.com
        phoward@smbb.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

    I, Raina C. Borrelli, hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    DATED this 5th day of January, 2024.

                                    TURKE & STRAUSS LLP

                                    By:   /s/ Raina C. Borrelli
                                               Raina C. Borrelli
                                               Email:  raina@turkestrauss.com
                                               613 Williamson St., Suite 201
                                               Madison, Wisconsin 53703
                                               Telephone: (608) 237-1775
                                               Facsimile:  (608) 509-4423